1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Katrina Patricee Collins
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10 KATRINA PATRICEE COLLINS,    )  Case No.: 5:13-cv-02236-RZ
                                )
11                              )  {PROPOSED} ORDER AWARDING
              Plaintiff,        )  EQUAL ACCESS TO JUSTICE ACT
12                              )  ATTORNEY FEES AND EXPENSES
         vs.                    )  PURSUANT TO 28 U.S.C. § 2412(d)
13 CAROLYN W. COLVIN, Acting    )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
14                              )
                                )
15            Defendant         )
                                )
16

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $4,525.19 as
20
   authorized by 28 U.S.C. § 2412, be awarded to Plaintiff. subject to the terms of the
21
   Stipulation.
22 DATE: April 29, 2015

23                                   _____
                                     THE HONORABLE RALPH ZAREFSKY
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

                                        -1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3   /s/*Vijay J. Patel*
    _____
4   Vijay J. Patel
    Attorney for plaintiff Katrina Patricee Collins

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26